**LOWENSTEIN SANDLER**
Andrew Bisbas, Bar No. 306256
Email: abisbas@lowenstein.com
Andrew Reidy (pro hac vice)
areidy@lowestein.com
Joseph Saka (pro hac vice)
jsaka@lowenstein.com
2200 Pennsylvania Ave. NW
Suite 500E
Washington, DC 20037
T: 202.753.3820
F: 202.753-3838
*Counsel for Defendants.*

– and –

**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Kevin F. Kieffer, Bar No. 192193
kevin.kieffer@troutman.com
Ross Smith, Bar No. 204018
ross.smith@troutman.com
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
T: 949.622.2700
F: 949.622.2739
*Counsel for Plaintiffs.*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| BEAZLEY INSURANCE COMPANY, INC., | CASE NO. 1:21-cv-01806-JLT-SKO |
| Plaintiff, | Sheila K. Oberto<br>U.S. Magistrate Judge |
| v. | **STIPULATION AND ORDER REGARDING STIPULATION MODIFYING CERTAIN DATES IN THE SCHEDULING ORDER** |
| FOSTER POULTRY FARMS, and FOSTER FARMS LLC, | |
| Defendants. | **(Doc. 31)** |

Beazley Insurance Company ("Beazley") and Foster Poultry Farms and Foster Farms LLC (collectively, "Foster Farms" and, with Beazley, the "Parties") through their respective counsel of record, submit this Proposed Stipulation Modifying Certain Dates In The Scheduling Order.

Pursuant to Federal Rule of Civil Procedure 16, the schedule may be modified for good cause and with the Judge's consent. The Parties submit that good cause exists to modify the schedule in this litigation. The Parties have largely completed written discovery, and depositions of Beazley's two Fed R. Civ. P. 30(b)(6) witnesses are scheduled this month. Foster Farms has represented to Beazley that, with the upcoming holidays and other commitments, the earliest it is reasonably able to produce its Fed. R. Civ. P. 30(b)(6) deponent(s) is January 17, 2023, which is outside the current fact discovery cut-off. There is also one additional Beazley witness that Foster Farms seeks to depose, who may not be available for deposition until January 2023.

The Parties are requesting an approximately three-week modification to the discovery portion of the Scheduling Order solely for purposes of completing the depositions referenced herein (and any necessary related motions to compel), and not for purposes of any other non-expert discovery, and with a concomitant extension of the expert discovery portion.

Thus, the Parties request the following modification to the Scheduling Order:

|  | **Current Date** | **Proposed Date** |
|---|---|---|
| **Non Expert Discovery:** | January 10, 2023 | February 1, 2023 |
| **Expert Disclosures:** | January 16, 2023 | February 6, 2023 |
| **Rebuttal Expert Disclosures:** | February 15, 2023 | February 28, 2023 |
| **Expert Discovery:** | March 10, 2023 | March 14, 2023 |

The proposed modifications to the Scheduling Order only affect certain discovery dates and will not result in any change to the non-dispositive motion deadlines, the dispositive motion deadlines, the pre-trial conference date, or the trial date.

The proposed modifications to the Scheduling Order are made in good faith and not for purposes of delay, and the requested extensions will not unduly delay the proceedings in this matter.

1  Pursuant to the Scheduling Order [D.E. 20], Foster Farms' declaration in support of this Proposed
2  Stipulation is attached as Exhibit 1.

3      WHEREFORE, for the reasons described above, the Parties respectfully request the Court
4  modify the Scheduling Order pursuant to the proposed extended deadlines.

7  **Dated: December 6, 2022**      <u>**/s/ Joseph Saka**</u>

**LOWENSTEIN SANDLER**
Andrew Bisbas, Bar No. 306256
Andrew Reidy (pro hac vice)
Joseph Saka (pro hac vice)
2200 Pennsylvania Ave. NW
Suite 500E
Washington, DC 20037
T: 202.753.3820
F: 202.753-3838
E: abisbas@lowenstein.com
E: areidy@lowestein.com
E: jsaka@lowenstein.com
*Counsel for Defendants.*

**Dated: December 6, 2022**      <u>**/s/ Ross Smith**</u>

**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Kevin F. Kieffer, Bar No. 192193
Ross Smith, Bar No. 204018
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
T: 949.622.2700
F: 949.622.2739
E: kevin.kieffer@troutman.com
E: ross.smith@troutman.com
*Counsel for Plaintiffs.*

**ORDER**

For good cause shown, the Scheduling Order (Doc. 20) is hereby modified pursuant to the foregoing stipulation between the parties. (Doc. 31.)

In addition, because the assigned District Judge now holds pre-trial conferences on Mondays, the pre-trial conference in this case SHALL be held on July 17, 2013, at 1:30 p.m. Furthermore, the trial in this case SHALL be set for September 12, 2023, at 8:30 a.m. All other dates set forth in the Scheduling Order remain set.

IT IS SO ORDERED.

Dated:   **January 5, 2023**                              /s/ *Sheila K. Oberto*
                                                                  UNITED STATES MAGISTRATE JUDGE